IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARSHA B HAAG TRUST<br>　*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 5:23-cv-00415 |
| GREAT AMERICAN INSURANCE COMPANY<br>　*Defendant.* | §<br>§<br>§ | |

### DEFENDANT GREAT AMERICAN INSURANCE COMPANY'S
### NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THIS COURT:

GREAT AMERICAN INSURANCE COMPANY (hereinafter "Great American"), Defendant in the above styled and numbered cause, files this, its Notice of Removal, and would show the Court as follows:

1.　GREAT AMERICAN INSURANCE COMPANY has been sued in a civil action styled Cause No. 2023CI01903; *Marsha B Haag Trust* v. *v. Great American Insurance Company*; in the 285th District Court of Bexar County, Texas (hereafter referred to as "the state court action"). The original petition in the state court action was filed January 30, 2023. The online docket shows that Great American was served February 15, 2023; however, after review, it was determined that the citation was served on the wrong registered agent.  Accordingly, the Amended Plaintiff's Original Petition was filed on March 23, 2023.  On March 29, 2023, Great American properly received citation and a copy of the amended petition, and at that time it was determined that diversity jurisdiction was proper, pursuant to 28 U.S.C. §1332. This Notice is filed with thirty (30) days of receipt of service pursuant to 28 U.S.C. §1446(b)(2).

2.　Great American files this notice of removal pursuant to the provisions of 28 U.S.C. §1441, *et. seq.*, to remove this action from the District Court of Bexar County, Texas to the United

States District Court for the Western District of Texas, San Antonio Division.

3. Plaintiff, in its original petition and amended petition, alleges that Defendant Great American wrongfully denied or delayed payment for claims for damage to a structure allegedly resulting from a covered cause of loss that is insured by Great American, thereby breaching the policy of insurance issued by Great American to Plaintiff. Plaintiff also alleges that Defendant Great American violated Chapters 541 and 542 of the Texas Insurance Code and the Texas Deceptive Trade Practices Act. Plaintiff further alleges that Great American's actions in investigating and delaying or denying Plaintiff's claims for insurance benefits constituted a violation of the common law duty of good faith and fair dealing.

4. This Court has original jurisdiction over this civil action under the provisions of 28 U.S.C. §1332. Plaintiff is a citizen of the state of Texas. A corporation is a citizen of the state where it is incorporated and the state where it has its principal place of business. *See Thompson v. Deutsche Bank Nat'l Tr. Co.*, 775 F.3d 298, 303 (5th Cir. 2014) (citing *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999). Therefore, for purposes of diversity, Great American is a citizen of Ohio.

5. Based on the information contained within Plaintiff's original petition filed in State Court, it appears the amount in controversy in this lawsuit is in excess of $75,000, exclusive of interest and costs.

6. Venue is proper in the San Antonio Division of the Western District of Texas pursuant to 28 U.S.C. § 1441(a), because the same district and division embrace Bexar County, the county in which Plaintiff filed the suit being removed and where such action is pending. 28 U.S.C. § 1441(a); *Burlington N. & Santa Fe Ry. Co. v. Herzog Servs., Inc.*, 990 F. Supp. 503, 504 (N.D. Tex. 1998).

7. In accordance with 28 U.S.C. § 1446(a), the following are attached hereto:

- Exhibit A: Index of Matters Being Filed;
- Exhibit B: A copy of the Citation properly served on Great American Insurance Company;
- Exhibit C: Amended Plaintiff's Original Petition;
- Exhibit D: A copy of the Citation improperly served on Great American Insurance Company;
- Exhibit E: Plaintiff's Original Petition;
- Exhibit F: Defendant Great American Insurance Company's Original Answer;
- Exhibit G: The state court's Docket Sheet;
- Exhibit H: List of all Parties and Counsel of record; and
- Exhibit I: Defendant Great American Insurance Company's Consent to Removal of Case to Federal Court.

8. The citation and amended petition in this action were properly served on Great American on March 29, 2023 by serving Great American Insurance Company via its Registered Agent, Corporation Creations, 5444 Westheimer Rd., Suite 1000, Houston, Texas 77056-5318 via process server. This notice of removal is being filed within one year of the date this action commenced.

9. In accordance with 28 U.S.C. §1446(d), written notice of the filing of this notice of removal will be promptly served upon all adverse parties, and a copy of this notice of removal promptly will be filed with the Clerk of the 285th District Court of Bexar County, Texas.

Defendant Great American Insurance Company respectfully requests that this action be removed to this Court and that this Court accept jurisdiction of this action and place this action on the docket of this Court for further proceedings as though the action originally had been instituted

in this Court.

            Respectfully submitted,

            GAUNTT KOEN BINNEY & KIDD, LLP


            By:  /s/ J. Chad Gauntt
              J. Chad Gauntt
              State Bar No. 07765990
            25700 Interstate 45 N., Suite 130
            Spring, Texas 77386
            Telephone: 281-367-6555
            Facsimile: 281-367-3705
            Email: chad.gauntt@gkbklaw.com
            Counsel for Defendant


## **CERTIFICATE OF SERVICE**

  This pleading was served in compliance with Rule 5 Federal Rules of Civil Procedure on April 5, 2023, via facsimile, first class regular mail, certified mail, return receipt requested and/or electronically.

Amanda Fulton (SBN: 24077283)
Chad T. Wilson (SBN: 24079587)
Chad T. Wilson Law Firm PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: 832-415-1432
Facsimile: 282-940-2137
Email:  afulton@cwilsonlaw.com
     cwilson@cwilsonlaw.com
*Attorneys for Plaintiff*


                   J. Chad Gauntt