# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

MARSHA B HAAG TRUST,

*Plaintiff*

v

GREAT AMERICAN INSURANCE COMPANY,

*Defendant*

Case No.  SA-23-CV-00415-JKP

## O R D E R

Before the Court is the parties' Agreed Stipulation of Dismissal stating they wish to dismiss this cause with prejudice. *See* ECF No. 4. In accordance with Federal Rule of Civil Procedure 41(a) and the terms of the Agreed Stipulation of Dismissal, it is **ORDERED** that all causes of action asserted by any party and any potential cause of action related to this matter are **DISMISSED** with prejudice. Each party shall bear its own costs and fees.

The Clerk of Court is directed to **CLOSE THE CASE**.

It is so ORDERED.
SIGNED this 25th day of October, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE